Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-457-763

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

## Title
___

**Title of Work:**　Blooms with Attitude

## Completion/Publication
___

**Year of Completion:**　2017
**Date of 1st Publication:**　October 01, 2017
**Nation of 1ˢᵗ Publication:**　United Kingdom

## Author
___

- **Author:**　Naomi Claire Judd Tavares
  **Author Created:**　2-D artwork
  **Citizen of:**　United Kingdom

## Copyright Claimant
___

**Copyright Claimant:**　Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions
___

**Name:**　Naomi Claire Judd Tavares
**Email:**　renato@arteum.co
**Address:**　261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification
___

**Name:**　David Denholm
**Date:**　May 09, 2025
**Applicant's Tracking Number:**　NT2025050603

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-754

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

**Title of Work:** Awakening

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050602



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-911

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Hiding Behind The Moon

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 01, 2012
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

● **Author:** Naomi Claire Judd Tavares
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050612



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-770

**Effective Date of Registration:**
May 09, 2025

**Registration Decision Date:**
August 14, 2025

---

## Title

**Title of Work:** The Weight of Thousand Petals

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 01, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050619

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-769

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Blue Jay Stow Away |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| ● **Author:** | Naomi Claire Judd Tavares |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Naomi Claire Judd Tavares |
| | 261 Aragon Road, Morden, SM4 4QW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Naomi Claire Judd Tavares |
| **Email:** | renato@arteum.co |
| **Address:** | 261 Aragon Road |
| | Morden SM4 4QW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 09, 2025 |
| **Applicant's Tracking Number:** | NT2025050605 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-764

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Ascending Athena |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | March 01, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Naomi Claire Judd Tavares |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Naomi Claire Judd Tavares |
| | 261 Aragon Road, Morden, SM4 4QW, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Naomi Claire Judd Tavares |
| **Email:** | renato@arteum.co |
| **Address:** | 261 Aragon Road |
| | Morden SM4 4QW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 09, 2025 |
| **Applicant's Tracking Number:** | NT2025050601 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-779

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Glowing Caress

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 01, 2017
**Nation of 1st Publication:** United Kingdom

## Author

**•  Author:** Naomi Claire Judd Tavares
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050609

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-766

**Effective Date of Registration:**
May 09, 2025

**Registration Decision Date:**
August 14, 2025

---

## Title

**Title of Work:** Head in the Blooms

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 01, 2018
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050611



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-756

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

## Title
_____

**Title of Work:**  Dangerous Decolletage

## Completion/Publication
_____

**Year of Completion:**  2017
**Date of 1st Publication:**  March 01, 2017
**Nation of 1st Publication:**  United Kingdom

## Author
_____

- **Author:**  Naomi Claire Judd Tavares
**Author Created:**  2-D artwork
**Citizen of:**  United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:**  Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions
_____

**Name:**  Naomi Claire Judd Tavares
**Email:**  renato@arteum.co
**Address:**  261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification
_____

**Name:**  David Denholm
**Date:**  May 09, 2025
**Applicant's Tracking Number:**  NT2025050607

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-457-768

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

**Title of Work:** For the Wings of a Dove

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 01, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050608



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-758

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** In bloom

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050613



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-457-762**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

**Title of Work:** Pensive Petals

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 01, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050615



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-765

**Effective Date of Registration:**
May 09, 2025

**Registration Decision Date:**
August 14, 2025

## Title

**Title of Work:** The Muse

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 01, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050618



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-775

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Midnight Flora |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 01, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Naomi Claire Judd Tavares |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Naomi Claire Judd Tavares |
| | 261 Aragon Road, Morden, SM4 4QW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Naomi Claire Judd Tavares |
| **Email:** | renato@arteum.co |
| **Address:** | 261 Aragon Road |
| | Morden SM4 4QW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 09, 2025 |
| **Applicant's Tracking Number:** | NT2025050614 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-918

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title
_____

**Title of Work:** Remembering Halcyon Days

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** October 01, 2019
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Naomi Claire Judd Tavares
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Naomi Claire Judd Tavares
261 Aragon Road, Morden, SM4 4QW, United Kingdom

## Rights and Permissions
_____

**Name:** Naomi Claire Judd Tavares
**Email:** renato@arteum.co
**Address:** 261 Aragon Road
Morden SM4 4QW United Kingdom

## Certification
_____

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** NT2025050617

