**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NAOMI CLAIRE JUDD TAVARES,

    Plaintiff,                                                            Case No.: 1:26-cv-00484

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Solar Network |
| 2 | WYK-UK |
| 3 | 闫美美的小店 |
| 4 | HaiFengSiJi |
| 5 | qinzuosong store |
| 6 | QianMoShangMao |
| 7 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 8 | henanhuachengbiaoshiyouxian |
| 9 | panlongqusichaobaihuoshanghang |
| 10 | yangzuliang6252 |
| 11 | Yeefion |
| 12 | yiyihhh9992 |
| 13 | zhuzhouhuixiashangmaoyouxiangongsi |
| 14 | GuangZhouYueRanDianShangYouXianGongSi |
| 15 | 范书柜收纳 |
| 16 | Tie Fa Shi Ye |
| 17 | ZhuZhouTaoGouShangMaoYouXianGongSi |
| 18 | Shitairong shop |
| 19 | YAN POSTER |
| 20 | Hongjin66 |
| 21 | JUxiangW |
| 22 | YinLianDianZiShangWu |
| 23 | XUAN MENG |
| 24 | PouHaY |

| | |
|---|---|
| 25 | Looife Direct |
| 26 | Washall Direct |
| 27 | quanzhoujiujuanhengmaoyiyouxiangongsi |
| 28 | LinyuxiaHAIBAO |
| 29 | TianLF |
| 30 | xiangtanlinfengmaoyiyouxiangongsi |
| 31 | DLYDLY |
| 32 | shanxixiongqishangmaoyouxiangongsi |
| 33 | MariaDOC |
| 34 | Happy wall art |
| 35 | shengshirufei |
| 36 | ATMTA Mural Shop |
| 37 | YCJ Decorative paintings and posters |
| 38 | JXX Decorative paintings and posters |
| 39 | SJY Decorative paintings and posters |
| 40 | BlgXiao |
| 41 | Art print a |
| 42 | Wall Painting Art |
| 43 | U Outstanding ART |
| 44 | SHLLE |
| 45 | Timber Gallery |
| 46 | Canvas Classic Art |
| 47 | YATGIK |
| 48 | NAFTEI |
| 49 | ACT ART |
| 50 | Beauty toyss |
| 51 | IASFVY |
| 52 | CanvasPix |
| 53 | NovaNest A |
| 54 | SavvyBazaar |
| 55 | OceanlinkJZ |
| 56 | Pioneerooo |
| 57 | SS Wall Art local |
| 58 | PAVINU |
| 59 | oudiwei |
| 60 | Elegant Poetry |
| 61 | Good Luck Artwork |
| 62 | Bluesky Canvas |
| 63 | Swiftmartjvh |
| 64 | Talking to MENG |
| 65 | Lxwb wall art |

| 66 | ArtVoyage Creations |
|---|---|
| 67 | HomyHorizon |
| 68 | A Fast decorative painting |
| 69 | ZUC Art Decorations |
| 70 | HXL home B |
| 71 | Peace Poster |
| 72 | canvas painting Guinnes blm |
| 73 | Tai Chu Ju Poster |
| 74 | dreamism |
| 75 | Happinessism Poster |
| 76 | Reno Qin poster |
| 77 | Bring the poster |
| 78 | Aoshibaitong Art |
| 79 | TailWaggersShop |
| 80 | LuxeNestArt |
| 81 | han wall art |
| 82 | NebulaHue Art |
| 83 | FOS Wall Art |
| 84 | Lin Da Home Furnishings |
| 85 | D The art of beckoning |
| 86 | Holiday decoration posters |
| 87 | FF Art Canvas Poster |
| 88 | BLISS Art |
| 89 | Trendy paintings ART |
| 90 | C Fast decorative painting |
| 91 | Magical paintings |
| 92 | liangzhi Art |
| 93 | Slow life painting art |
| 94 | TUTU Art Decoration A |
| 95 | DBY Digital oil painting factory |